# United States District Court
EASTERN DISTRICT OF WISCONSIN

JOYE SCHMELING,
individually and on behalf of
all others similarly situated,

        Plaintiff,

  v.

UNITED COLLECTION BUREAU, INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-768

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Joye Schmeling takes nothing and this action is dismissed.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: October 30, 2020

GINA M. COLLETTI
Clerk of Court

s/ Terri Lynn Ficek
(By) Deputy Clerk